IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMES ELLARD,**

 *Petitioner*,

v.           Case No.: 3:25cv761-MW/ZCB

**RICKY D. DIXON,**

 *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The 28 U.S.C. § 2254 amended petition, ECF No. 9, is **DISMISSED for lack of jurisdiction** because it is a second or successive petition that was filed without the Eleventh Circuit's permission." The Clerk shall close the file.

**SO ORDERED on October 16, 2025.**

             **s/Mark E. Walker   **
             **United States District Judge**